UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-23017- GAYLES/OTAZO-REYES

SOUTHERN ALLIANCE FOR CLEAN ENERGY,
TROPICAL AUDUBON SOCIETY, INC.,
and FRIENDS OF THE EVERGLADES, INC.,

      Plaintiffs,

v.

FLORIDA POWER & LIGHT COMPANY,

      Defendant.

_____/

## JOINT MOTION FOR STAY

Plaintiffs Southern Alliance for Clean Energy, Tropical Audubon Society, and Friends of the Everglades, and Defendant Florida Power & Light Company, pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 7.6, respectfully move the Court to stay this case for 120 days to facilitate resolution without trial.

Trial in this Clean Water Act case is scheduled to begin on May 20, 2019. It is anticipated that trial—which will be a bench trial—will take two to three weeks.

The parties have reached a tentative resolution that will result in the dismissal of this litigation. Finalizing such a resolution, however, will require a period of time to allow the parties to interact with the appropriate government agencies. The parties believe that 120 days should be a sufficient time within which to secure the requisite input and approval to formalize the tentative agreement and end this matter.

Federal courts have the inherent power to stay proceedings at their discretion and where appropriate. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings

1

is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.  How this can best be done calls for the exercise of judgment ....”); *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (“At the outset, we stress the broad discretion district courts have in managing their cases.”); *In re Application of Alves Braga*, 789 F. Supp. 2d 1294, 1307 (S.D. Fla. 2011) (referring to the “well-established” power to stay proceedings announced in *Landis*).

A brief stay of 120 days should conserve judicial resources and allow the parties to devote their time and resources to finalizing a resolution that will end all of the claims in this case. Courts in this district generally find good cause exists to warrant a stay and continuance of trial where the parties have reached a tentative or conditional resolution and staying the case will “avoid unnecessary litigation among the settling parties.” *United States Liab. Co. v. Von Kahle*, 2014 WL 12776374 (S.D. Fla. Mar. 4, 2014); *see also Murchison v. Grand Cypress Hotel Corp.*, 13 F.3d 1483, 1486 (11th Cir. 1994) (“We favor and encourage settlements in order to conserve judicial resources”).

This Joint Motion for Stay is made in good faith and not for purposes of delay. The parties are in agreement as to the need and length of the stay, and as such the stay would not prejudice any of the parties.

WHEREFORE, the parties respectfully request that the Court stay the case and continue the trial for 120 days, through and including August 1, 2019.

Respectfully submitted this 3rd day of April, 2019.

| | |
|---|---|
| */s/ James M. Porter* | */s/ T. Neal McAliley* |
| James M. Porter (Fla. Bar No. 443239) | T. Neal McAliley (Florida Bar No. 172091) |
| **JAMES M. PORTER, P.A.** | Email: nmcaliley@carltonfields.com |
| 9350 South Dixie Highway 10th Floor | Jason P. Kairalla (Florida Bar No. 594601) |
| Miami, Florida 33156 | Email: jkairalla@carltonfields.com |
| Tel: (305) 671-1345 | Steven M. Blickensderfer (Florida Bar No. 92701) |

Jim@JamesMPorterPA.com

Gary A. Davis (N.C. Bar No. 25976)
(*Pro Hac Vice*)
James S. Whitlock (N.C. Bar No. 34304)
(*Pro Hac Vice*)
**DAVIS & WHITLOCK, P.C.**
21 Battery Park Avenue Suite 206
Asheville, NC 28801
Tel: (828) 622-0044
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com
*Attorneys for Plaintiffs*

Email: sblickensderfer@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2113
Tel: (305) 530-0050

Peter Cocotos (Florida Bar No. 063479)
Email: peter.cocotos@fpl.com
Joseph Ianno, Jr. (Florida Bar No. 655351)
Email: joseph.iannojr@fpl.com
**FLORIDA POWER & LIGHT COMPANY**
700 University Boulevard
Juno Beach, FL 33408
Tel: (561) 304-6742
*Attorneys for Defendant*