UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-23017- GAYLES/OTAZO-REYES

SOUTHERN ALLIANCE FOR CLEAN ENERGY,
TROPICAL AUDUBON SOCIETY, INC.,
and FRIENDS OF THE EVERGLADES, INC.,

    Plaintiffs,

v.

FLORIDA POWER & LIGHT COMPANY,

    Defendant.
_____/

## JOINT MOTION TO POSTPONE STATUS CONFERENCE AND EXTEND STAY

Plaintiffs Southern Alliance for Clean Energy, Tropical Audubon Society, and Friends of the Everglades, and Defendant Florida Power & Light Company, pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 7.6, respectfully move the Court to postpone the status conference currently set for August 8, 2019 by 60-days, and to extend the current stay up to and through the date of the rescheduled status conference.

This is a Clean Water Act case that concerns a permit issued by the Florida Department of Environmental Protection ("FDEP") for the Turkey Point Power Plant. The FDEP periodically issues updated permits for facilities, and for some time has been planning to issue an updated permit for the Turkey Point facility.

The parties reached a tentative settlement in April 2019, which contemplates that the FDEP would include certain agreed-upon language when it finalizes an updated permit for the facility. At the time of the settlement, the parties expected that the FDEP would issue an updated permit within 120 days, and filed a Joint Motion for Stay. (ECF No. 251). The Court granted the

1

119027181.2

motion, stayed the case until August 1, 2019, closed the case for administrative purposes, and set a status conference for August 8, 2019. (ECF No. 252).

FDEP has not yet issued an updated permit for the facility, despite the parties' best efforts, apparently due to the press of other business. This means that the parties have little to report to the Court at the August 8, 2019 status conference. The parties therefore believe it would conserve judicial resources to postpone the scheduled status conference by approximately 60 days, and extend the stay accordingly, to provide additional time for the updated permit to be issued. *Murchison v. Grand Cypress Hotel Corp.*, 13 F.3d 1483, 1486 (11th Cir. 1994) ("We favor and encourage settlements in order to conserve judicial resources").

WHEREFORE, the parties respectfully request that the Court postpone the August 8, 2019 status conference by approximately 60 days, and extend the stay accordingly, to give additional time for the settlement to be consummated.

Respectfully submitted this 29th day of July, 2019.

| | |
|---|---|
| /s/ James S. Whitlock | /s/ T. Neal McAliley |
| James M. Porter (Fla. Bar No. 443239) | T. Neal McAliley (Florida Bar No. 172091) |
| **JAMES M. PORTER, P.A.** | Email: nmcaliley@carltonfields.com |
| 9350 South Dixie Highway 10th Floor | **CARLTON FIELDS, P.A.** |
| Miami, Florida 33156 | 100 S.E. Second Street, Suite 4200 |
| Tel: (305) 671-1345 | Miami, Florida 33131-2113 |
| Jim@JamesMPorterPA.com | Tel: (305) 530-0050 |
| | |
| Gary A. Davis (N.C. Bar No. 25976) | Peter Cocotos (Florida Bar No. 063479) |
| (*Pro Hac Vice*) | Email: peter.cocotos@fpl.com |
| James S. Whitlock (N.C. Bar No. 34304) | Joseph Ianno, Jr. (Florida Bar No. 655351) |
| (*Pro Hac Vice*) | Email: joseph.iannojr@fpl.com |
| **DAVIS & WHITLOCK, P.C.** | **FLORIDA POWER & LIGHT COMPANY** |
| 21 Battery Park Avenue Suite 206 | 700 University Boulevard |
| Asheville, NC 28801 | Juno Beach, FL 33408 |
| Tel: (828) 622-0044 | Tel: (561) 304-6742 |
| gadavis@enviroattorney.com | *Attorneys for Defendant* |
| jwhitlock@enviroattorney.com | |
| *Attorneys for Plaintiffs* | |