UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-23017-GAYLES/OTAZO-REYES

SOUTHERN ALLIANCE FOR CLEAN ENERGY.
TROPICAL AUDUBON SOCIETY, and FRIENDS
OF THE EVERGLADES, INC.,

    Plaintiffs,

    v.

FLORIDA POWER & LIGHT COMPANY,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

Plaintiffs Southern Alliance for Clean Energy, Tropical Audubon Society, and Friends of the Everglades, and Defendant Florida Power & Light Company, by and through undersigned counsel, hereby stipulate to the dismissal of all claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This dismissal is with prejudice, each party to bear its own attorneys' fees and costs.

Dated:  March 25, 2020

For the Plaintiffs:

*/s/ Gary Davis*
Gary A. Davis (N.C. Bar No. 25976)
Email:  gadavis@enviroattorney.com
James S. Whitlock (N.C. Bar No. 34304)
Email:  jwhitlock@enviroattorney.com
DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
(828) 622-0044

James M. Porter (Fla. Bar No. 443239)
Email:  Jim@JamesMPorterPA.com
JAMES M. PORTER, P.A.
9350 South Dixie Hwy., 10th Floor

1

        Miami, Florida 33156
        (305) 671-1345

*Counsel for Plaintiffs Southern Alliance for Clean Energy, Tropical Audubon Society and Friends of the Everglades*

For the Defendant:

Dated:   March 25, 2020
        */s/*      *Neal McAliley*
        T. Neal McAliley (Florida Bar No. 172091)
        Email: nmcaliley@carltonfields.com
        **CARLTON FIELDS, P.A.**
        100 S.E. Second Street, Suite 4200
        Miami, Florida 33131-2113
        Telephone: (305) 530-0050

        Joseph Ianno, Jr. (Florida Bar No. 655351)
        Joseph.Iannojr@fpl.com
        Peter Cocotos (Florida Bar No. 063479)
        Email: peter.cocotos@fpl.com
        **FLORIDA POWER & LIGHT COMPANY**
        700 University Boulevard
        Juno Beach, FL 33408
        Telephone: (561) 304-6742
        Facsimile: (561) 691-7103

*Attorneys for Defendant Florida Power & Light Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        */s/ Neal McAliley*